UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MAX STORY, on behalf of himself and, all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC, a Foreign limited liability company,<br><br>    Defendant. | Civil Action No. _____<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453, and Local Rule 4.02, Defendant Heartland Payment Systems, LLC ("HPS") hereby removes this action and states as follows:

1. This action was filed in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, on May 15, 2019.

2. Without waiving any defenses regarding service of process (or lack thereof), HPS states that it was served with the Complaint on May 31, 2019.

3. Plaintiff Max Story is a citizen of Florida. *See* Compl. ¶ 7 (alleging plaintiff is a citizen of Florida).

4. HPS is a limited-liability company. (Declaration of David Hyde) ("Hyde Dec.") ¶ 3. HPS' sole member is Global Payments Inc., which is a Georgia corporation with its principal place of business in Georgia. *Id.* HPS is thus a citizen of Georgia.

5. Plaintiff alleges that HPS violated the New Jersey Consumer Fraud Act, N.J.S.A. § 56:8-2.1 *et seq.* ("NJCFA"), and the New Jersey Truth-in-Consumer Contract,

1

Warranty and Notice Act, N.J.S.A. § 56:12-14 *et seq.* ("TCCWNA").  *See* Compl. ¶¶ 34-65. Plaintiff also asserts claims for breach of contract and unjust enrichment.  *Id.* ¶¶ 71-83.  HPS denies Plaintiff's allegations.

6.  Plaintiff purports to bring this action on behalf of two classes:

   A. "NATIONAL CLASS: All persons in the United States whose MySchoolBucks Terms of Service is substantially similar to Exhibit A, and paid a MySchoolBucks Program Fee to Heartland."

   B. "FLORIDA SUBCLASS: All persons in the State of Florida whose MySchoolBucks Terms of Service is substantially similar to Exhibit A, and paid a MySchoolBucks Program Fee to Heartland."

   *See id.* ¶ 25.

7.  Jurisdiction is proper in this court under the Class Action Fairness Act ("CAFA") because (1) the amount in controversy exceeds $5 million, exclusive of interest and costs; (2) the putative plaintiff class includes more than 100 members; and (3) at least one member of the putative plaintiff class is a citizen of a state different from Defendant.  *See* 28 U.S.C. §§ 1332(d), 1453.

8.  Plaintiff asserts claims for the recovery of Program Fees paid over the last six years.  Compl. ¶ 26.

9.  Persons who are citizens of states other than Georgia paid Program Fees in connection with MySchoolBucks accounts that were governed by the Terms of Service attached as Exhibit A to the Complaint.  Hyde Dec. ¶ 4(A).  Thus, at least one member of the putative class is diverse from at least one Defendant.  *See* 28 U.S.C. § 1332(d)(2)(A).

10. The putative class contains more than 100 members. *See* Compl. ¶ 28 ("Plaintiff believes the class members number in the tens of thousands."); Hyde Dec. ¶ 4(B).

11. HPS denies that it is liable to Plaintiff or the putative class for any amount of damages. Without waiving that denial, and solely for the purpose of establishing the amount in controversy, HPS states that the amount in controversy, excluding interest and costs, exceeds $5 million in the aggregate. *See* Compl. ¶¶ 52, 62, 82 (alleging that plaintiff and the putative class members are entitled to a full refund of the Program Fees they paid to HPS over the past six years); Hyde Dec. ¶ 4(C). More specifically, Plaintiff seeks to obtain a full refund of all Program Fees that putative class members, whom Plaintiff alleges number "in the tens of thousands," have paid over the past six years. *See* Compl. ¶¶ 28, 41. Plaintiff also seeks treble damages. *Id.* ¶ 43. Hyde's Declaration, attached hereto, states that the putative class has paid more than $5 million in Program Fees over the past six years. *See* Hyde Dec. ¶ 4(C).

12. Venue is proper in the Jacksonville Division of this Court because Plaintiff filed this action in Duval County. *See* 28 U.S.C. § 1664(a); 28 U.S.C. § 89(b); L.R. 1.02(b)(1).

13. Copies of all process, pleadings, orders and other papers or exhibits on file in the state court will be filed with the clerk in accordance with Middle District of Florida Local Rule 4.02.

14. On the same day it files this notice, HPS will file with the Clerk of Court for the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, a copy of this Notice of Removal. *See* Local Rule 4.02.

DATED: June 17, 2019

                        Respectfully submitted,

                        **ORR|COOK**

*/s/Michael Fox Orr*
_____
**Michael Fox Orr, Esquire**
Florida Bar No.: 14594
morr@orrcook.com
nmitchell@orrcook.com
edocket@orrcook.com
**Kathleen H. Crowley, Esquire**
Florida Bar No.: 93587
kcrowley@orrcook.com
50 N. Laura St., Ste. 1675
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303

*Attorneys for Heartland Payment Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2019, I electronically filed the foregoing document using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically.

**ORR|COOK**

*/s/Michael Fox Orr*

**Michael Fox Orr, Esquire**
Florida Bar No.: 14594
morr@orrcook.com
nmitchell@orrcook.com
edocket@orrcook.com
**Kathleen H. Crowley, Esquire**
Florida Bar No.: 93587
kcrowley@orrcook.com
50 N. Laura St., Ste. 1675
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303

*Attorneys for Heartland Payment Systems, LLC*

## SERVICE LIST

MAX STORY VS. HEARTLAND PAYMENT SYSTEMS, LLC

United States District Court, Middle District of Florida, Jacksonville Division

**Janet R. Varnell, Esquire**
**Brian W. Warwick, Esquire**
Varnell & Warwick, P.A.,
P.O. Box 1870
Lady Lake, FL 32158
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
kstroly@varnellandwarwick.com\
*Counsel for Plaintiff*