# **Exhibit 3**

# WELLS FARGO

Crown Banking
...4215

$10,285.66
Available balance

## Activity Summary

| | |
|---|---|
| **Current posted balance** | $9,775.44 |
| **Pending withdrawals/debits** | -$136.71 |
| **Pending deposits/credits** | +$646.93 |
| **Available balance** | $10,285.66 |
| **Monthly Service Fee Summary** | |
| **Routing numbers** | |

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|

**Authorized Transactions**
Note: Debit card transaction amounts may change.

**Posted Transactions**

| Totals | | $75,786.49 | $66,127.74 |
|---|---|---|---|

8/13/2019 | Wells Fargo
Case 3:19-cv-00724-TJC-JBT   Document 27-1   Filed 08/23/19   Page 3 of 3 PageID 310

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|------|-------------|------------------|--------------------|

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|------|-------------|------------------|--------------------|
| 08/08/19 | Merchant Credit Reversal Claim 10805197905 | | $40,000.00 |

Details

Category:
  Other Miscellaneous

Dispute this transaction
Manage disputes

| Totals | | $75,786.49 | $66,127.74 |