UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MAX STORY,** on behalf of himself and
all others similarly situated,

Case No. 3:19-cv-00724-TJC-JBT

        Plaintiff,

v.

**HEARTLAND PAYMENT SYSTEMS, LLC,**
**a Foreign Limited Liability Company,**

        Defendant.
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

NOTICE IS GIVEN that Steven T. Simmons hereby withdraws from his representation of Plaintiff. Steven T. Simmons and Steven Simmons, P.A. were inadvertently added to this matter when the case was removed by Defendant. Steven T. Simmons is the only attorney withdrawing under this notice. Varnell & Warwick remain lead counsel for Plaintiff. The Clerk of Court is requested to remove Steven T. Simmons from the docket, service matrix, and court file.

Dated: September 13, 2019

STEVEN SIMMONS, P.A.

/s/ Steven T. Simmons, Jr.
Steven T. Simmons, Jr.
Florida Bar No. 0091654
2310 S. Highway 77, Suite 110 #347
Lynn Haven, FL  32444
(850) 541-0266
steven@stevensimmonslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Steven T. Simmons
Steven T. Simmons