
# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| MAX STORY, et al., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC,<br><br>   Defendant. | Civil Action No. 3:19-cv-724-TJC-JBT |

## JOINT STATUS REPORT PURSUANT TO JULY 17, 2024 ORDER

Plaintiffs Max Story and Nancy Murrey-Settle and Defendant Heartland Payment Systems LLC (collectively, the "Parties") submit this joint status report pursuant to the Court's July 17, 2024 order. Dkt. 259, 7/17/2024 Hearing Tr. 102:03–03:14. As directed by the Court, the Parties have met and conferred to discuss mediation and potential resolution of the case. The Parties have requested Mr. Hunter Hughes provide his availability to mediate the case, and anticipate mediating by November 30, 2024.

Dated: July 31, 2024      Respectfully submitted,

| | |
|---|---|
| **KING & SPALDING LLP** | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP** |
| /s/ *David L. Balser* | /s/ *Jason L. Lichtman* |
| David L. Balser (*pro hac vice*) | Jason L. Lichtman (*pro hac vice*) |
| Peter Starr (*pro hac vice*) | 250 Hudson Street, 8th Floor |
| 1180 Peachtree Street, N.E. | New York, NY 10013-1413 |
| Atlanta, GA 30309 | Telephone: (212) 355-9500 |
| Tel: (404) 572-4600 | jlichtman@lchb.com |
| dbalser@kslaw.com | |
| pstarr@kslaw.com | |
| | |
| Laura Harris (*pro hac vice*) | Reilly T. Stoler (*pro hac vice*) |
| 1185 Avenue of the Americas | Sarah D. Zandi (*pro hac vice*) |
| New York, NY 10036 | 275 Battery Street, Fl. 29 |
| Tel: (212) 790-5360 | San Francisco, California 94111 |
| lharris@kslaw.com | (415) 956-1000 |
| | rstoler@lchb.com |
| | szandi@lchb.com |
| *Attorneys for Heartland Payment Systems, LLC* | |
| | Kenneth S. Byrd (*pro hac vice*) |
| | Andrew R. Kaufman (*pro hac vice*) |
| | 222 2nd Ave. South, Suite 1640 |
| | Nashville, Tennessee 37201 |
| | (615) 313-9000 |
| | kbyrd@lchb.com |
| | akaufman@lchb.com |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

On July 31, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

<div style="text-align: right">*/s/ Sarah D. Zandi*</div>