IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MAX STORY, *et al., on behalf of themselves and all others similarly situated,*<br><br>         Plaintiffs,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC,<br><br>         Defendant. | No. 3:19-cv-724-TJC |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL UNDER LOCAL RULE 1.11**

      Pursuant to Local Rule 1.11(b), Plaintiffs Max Story and Nancy Murrey-Settle hereby move to file provisionally under seal portions of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiffs conferred with Heartland through counsel and Heartland does not oppose this motion.

**I.    Identification of the Material**

      Plaintiffs seek to file the following material under seal:

| Document | Description | Sealing |
|---|---|---|
| Plaintiffs' Unopposed Mot. for Prelim. Approval of Class Action Settlement and Mem. of Law | Portions of the Motion that reflect information which Heartland previously designated Confidential under the Protective Order (Dkt. 162) and the Court previously ordered sealed (Dkts. 205, 225). | Partial redaction. |

## II. Filing Under Seal Is Necessary

In accordance with the parties' protective order, Plaintiffs must file this material under seal because Heartland has designated it Confidential. *See* Dkt. 162 at 15. Plaintiffs take no position on whether good cause supports sealing the materials. *See Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (to overcome the public's right of access, the designating party must show there is good cause for sealing the documents) (internal quotations omitted). Under the local rules, Heartland bears the burden to demonstrate that sealing is warranted. Local Rule 1.11(c).

Contemporaneously with this filing, Plaintiffs will file a public version of the Motion described above with references to materials that Heartland has designated Confidential redacted. Plaintiffs will also file a version of the Motion that includes highlights over the text that will be redacted from the public copy.

## III. Duration of the Provisional Seal

Plaintiffs seek to provisionally seal this material until Heartland substantiates the basis for maintaining the material under seal.

## IV. Authorized Persons

The following persons are authorized to retrieve a sealed, tangible item from the Court:

- Janet R. Varnell, Varnell & Warwick, P.A., P.O. Box 1870, Lady Lake, FL 32158, 352-753-8600, jvarnell@varnellandwarwick.com

- Brian W. Warwick, Varnell & Warwick, P.A., P.O. Box 1870, Lady Lake, FL 32158, 352-753-8600, bwarwick@varnellandwarwick.com

- Jonathan D. Selbin, Lieff Cabraser Heimann & Bernstein LLP, 250 Hudson St., New York, NY 10013-1413, 212-355-9500, jselbin@lchb.com

- Jason L. Lichtman, Lieff Cabraser Heimann & Bernstein LLP, 250 Hudson St., New York, NY 10013-1413, 212-355-9500, jlichtman@lchb.com

- Kenneth S. Byrd, Lieff Cabraser Heimann & Bernstein LLP, 222 2nd Ave. South, Suite 1640, Nashville, TN 37201-2379, 615-313-9000, kbyrd@lchb.com

- Sarah D. Zandi, Lieff Cabraser Heimann & Bernstein LLP, 275 Battery St., San Francisco, CA 94111, 415-956-1000, szandi@lchb.com

- Michael Fox Orr, Orr Cook, 50 N. Laura St., Jacksonville, FL 32202, 904-358-8300, morr@orrcook.com

- Kathleen Crowley, Orr Cook, 50 N. Laura St., Jacksonville, FL 32202, 904-358-8300, kcrowley@orrcook.com

- David H. Balser, King & Spalding, 1180 Peachtree St., N.E., Atlanta, GA 30309, 404-572-4600, dbalser@kslaw.com

- Timothy H. Lee, King & Spalding, 1180 Peachtree St., N.E., Atlanta, GA 30309, 404-572-4600, tlee@kslaw.com

- Peter Starr, King & Spalding, 1180 Peachtree St., N.E., Atlanta, GA 30309, 404-572-4600, pstarr@kslaw.com

- Laura Harris, King & Spalding, 1185 Avenue of the Americas, New York, NY 10036, 212-790-5360, lharris@kslaw.com

## V. Conclusion

Plaintiffs respectfully request that the Court grant its motion to provisionally seal the material identified herein.

3213333.2

| | |
|---|---|
| April 1, 2025 | /s/ Jason L. Lichtman |

                        Jason L. Lichtman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
jlichtman@lchb.com

Sarah D. Zandi
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
szandi@lchb.com

Kenneth S. Byrd
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Ave. South, Suite 1640
Nashville, Tennessee 37201-2379
Telephone: 615.313.9000
Facsimile: 615.313.9965
kbyrd@lchb.com

Brian W. Warwick, FBN: 0605573
Janet R. Varnell, FBN: 0071072
VARNELL & WARWICK, P.A.
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Telephone: 352.753.8600
Facsimile: 352.504.3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com

*Attorneys for Plaintiffs*

## LOCAL RULE 3.01(g) CERTIFICATION

Under Middle District of Florida Local Rule 3.01(g), I, Sarah D. Zandi, certify that Plaintiffs' counsel have conferred with counsel for Defendant, and Defendant does not oppose the requested relief.

## CERTIFICATE OF SERVICE

On April 1, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Sarah D. Zandi*