IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MAX STORY, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC,<br><br>Defendant. | No. 3:19-cv-724-TJC |

## [PROPOSED] FINAL JUDGMENT

IT IS HEREBY ORDERED:

1. Capitalized terms used in this Judgment that are not otherwise defined herein have the same meaning assigned to them as in the Settlement Agreement.

2. All Settlement Class Members are bound by the Settlement Agreement, the Release contained therein, and this Final Judgment, regardless of whether such Settlement Class Members seek or obtain any distribution from the Settlement Fund.

3. The Court dismisses on the merits and with prejudice the claims in the Action asserted against Defendant Heartland Payment Systems, LLC ("Heartland"), with each party to bear their own costs and attorneys' fees, except as provided in the Final Approval Order.

4. Without affecting the finality of the judgment in any way, the Court retains continuing jurisdiction over: (a) implementation of the Settlement and

distribution to Settlement Class Members; (b) disposition of the Settlement Fund; (c) hearing and ruling on any matters related to the plan of allocation; and (d) the parties to the Settlement for the purpose of enforcing and administering the Settlement and the mutual releases contemplated by the Settlement.

5. Plaintiffs, Settlement Class Members, and Heartland irrevocably submit to the exclusive jurisdiction of this Court for the resolution of any matter arising out of or relating to the Settlement Agreement, the Final Approval Order, and/or this Judgment.

6. The Released Parties are forever discharged and released from all Released Claims. All Settlement Class Members are permanently barred and enjoined from instituting or continuing the prosecution of any action asserting Released Claims against Released Parties.

7. In the event that the provisions of the Settlement Agreement, the Final Approval Order, or this Judgment are asserted by Heartland or other Released Party as a ground for a defense, in whole or in part, to any claim or cause of action, or are otherwise raised as an objection in any other suit, action, or proceeding by a Settlement Class Member, the Released Party shall be entitled to an immediate stay of that suit, action or proceeding until after this Court has entered an order or judgment determining any issues relating to the defense or objections based on such provisions, and no further judicial review of such order or judgment is possible.

8. The Court finds under Federal Rule of Civil Procedure 54(b) that judgment should be entered and that there is no reason for delay. The Clerk is directed to enter this Judgment.

**IT IS SO ORDERED.**

_____
United States District Judge
The Honorable Timothy J. Corrigan

_____, 2025