IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MAX STORY, *et al.*, *on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

HEARTLAND PAYMENT SYSTEMS, LLC,

    Defendant.

No. 3:19-cv-724-TJC-SJH

## FINAL JUDGMENT

IT IS HEREBY ORDERED:

1. Capitalized terms used in this Judgment that are not otherwise defined herein have the same meaning assigned to them as in the Settlement Agreement (Doc. 271-2).

2. The Court incorporates by reference the Order Granting Final Approval of Class Action Settlement and Petition for Attorney's Fees (Doc. 291).

3. All Settlement Class Members are bound by the Settlement Agreement, the Release contained therein, the Order Granting Final Approval of Class Action Settlement and Petition for Attorney's Fees, and this Final Judgment, regardless of whether such Settlement Class Members seek or obtain any distribution from the Settlement Fund.

4.     The Court dismisses on the merits and with prejudice the claims in the Action asserted against Defendant Heartland Payment Systems, LLC ("Heartland"), with each party to bear their own costs and attorneys' fees, except as provided in the Final Approval Order.

5.     Without affecting the finality of the judgment in any way, the Court retains continuing jurisdiction over: (a) implementation of the Settlement and distribution to Settlement Class Members; (b) disposition of the Settlement Fund; (c) hearing and ruling on any matters related to the plan of allocation; and (d) the parties to the Settlement for the purpose of enforcing and administering the Settlement and the mutual releases contemplated by the Settlement.

6.     Plaintiffs, Settlement Class Members, and Heartland irrevocably submit to the exclusive jurisdiction of this Court for the resolution of any matter arising out of or relating to the Settlement Agreement, the Final Approval Order, and/or this Judgment.

7.      The Released Parties are forever discharged and released from all Released Claims. All Settlement Class Members are permanently barred and enjoined from instituting or continuing the prosecution of any action asserting Released Claims against Released Parties.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of September, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

Copies:

Counsel of record